**FILED**

10/16/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0298



# IN THE SUPREME COURT OF THE STATE OF MONTANA
Supreme Court Cause No. DA 23-0298

_____

| | | |
|---|---|---|
| MIKE WINSOR, | ) | |
| | ) | |
| Plaintiff/Appellee | ) | **ORDER GRANTING** |
| | ) | **EXTENSION OF** |
| | ) | **TIME TO FILE** |
| vs. | ) | **APPELLEE'S BRIEF** |
| | ) | |
| STATE OF MONTANA, by and through | ) | |
| the MONTANA STATE AUDITOR AND | ) | |
| COMMISSIONER OF SECURITIES & | ) | |
| INSURANCE, | ) | |
| | ) | |
| Defendant/Appellant. | ) | |

Upon consideration of Appellee's Unopposed First Motion for 30-Day Extension of time to file brief,

IT IS HEREBY ORDERED that Pursuant to Rule 26(1), M.R.App.P., Appellee Mike Winsor is granted a 30-day extension of time up to and including Monday, December 4, 2023, to file Appellee's Brief in this appeal.

DATED AND ELECTRONICALLY SIGNED BELOW

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 16 2023